NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAVANTAGE FINANCIAL SERVICES, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2016-1145

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00307-MMS, Judge Margaret M. Sweeney.

---

**JUDGMENT**

---

SCOTT F. LANE, Thompson Coburn LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by TIMOTHY F. NOELKER; KATHERINE S. NUCCI, Washington, DC.

WILLIAM JAMES GRIMALDI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE, EMMA BOND; ROSE

ANDERSON, Office of General Counsel, United States Department of Homeland Security, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 16, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court